WENDEN KRAUSS, PLAINTIFF-RESPONDENT, v. A. & M. KARAGHEUSIAN, INC., DEFENDANT-PETITIONER.

See same case below: 24 *N. J. Super.* 277.

*Messrs. Stein & Stein* and *Mr. Martin J. Kole* for the petitioner.

*Mr. Clarence F. McGovern* for the respondent.

May 18, 1953.   Granted.